Steven D. Park (SBN 215219)
  *spark@parklawless.com*
Vincent Tremonti (SBN 301571)
  *vtremonti@parklawless.com*
Travis Manfredi (SBN 281779)
  *tmanfredi@parklawless.com*
**PARK LAWLESS & TREMONTI LLP**
515 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone:      (213) 640-3770
Facsimile:      (213) 640-3015

Attorneys for Defendant
GENERAL MOTORS LLC

Ryan Marden (SBN 217799)
*rmarden@marden-law.com*
**MARDEN LAW, INC.**
18012 Cowan, Suite 200
Irvine, CA 92614
Telephone:      (714) 822-4450

*Attorneys for Plaintiff*
LARS ERIC ENG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARS ERIC ENG,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 5:24-cv-07626-NW<br><br>*Honorable Judge Noel Wise*<br><br>[PROPOSED] **ORDER STAYING PROCEEDINGS [OR, IN THE ALTERNATIVE, CONTINUING TRIAL BY 180 DAYS]**<br><br>Complaint Filed:   October 2, 2024<br>Removed:           November 4, 2024<br><br>Trial Date:        March 30, 2026 |

[PROPOSED] ORDER STAYING PROCEEDINGS [OR, IN THE ALTERNATIVE,
CONTINUING TRIAL BY 180 DAYS]

**ORDER**

On  February _____, 2026, Lars Eric Eng ("Plaintiff") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation to Stay Proceedings or, in the Alternative, to Continue Trial by 180 Days ("Stipulation").

Based on the foregoing, the Court, therefore, ORDERS:

1.  All proceedings in this action, including discovery, trial preparation, and the trial are hereby STAYED ~~pending resolution of Plaintiff's appeal in the federal class action *In re Chevrolet Bolt EV Battery Litigation*, Case No. 2:20-13256-TGB-CI (E.D. Mich.) (the "Bolt Class Action"), or further order of this Court.~~ for 90 days.

2.  Plaintiff is ordered to file and serve a written notice within five (5) court days of any ruling by the United States District Court for the Eastern District of Michigan or the United States Court of Appeal for the Sixth Circuit regarding his appeal in the Bolt Class Action, or of any other development materially affecting his participation in that federal class action.

3.  A status conference is set for __May 12, 2026__, at __10__ a.m./~~p.m.~~ to assess the status of the proceedings in the Bolt Class Action and determine whether to lift or continue the stay. Parties shall file a joint case management statement 14 days prior to the status conference.

**IT IS SO ORDERED.**

Dated: February 11, 2026

_____
HONORABLE NOEL WISE
UNITED STATES DISTRICT JUDGE

~~[PROPOSED]~~ ORDER STAYING PROCEEDINGS [OR, IN THE ALTERNATIVE, CONTINUING TRIAL BY 180 DAYS]